## HOWARD MEEHAN *v.* BOARD OF EDUCATION OF THE TOWN OF EAST LYME
## (13441)

LAVERY, SPEAR and FREEDMAN, Js.

Argued March 20—decision released April 18, 1995

*Gilbert Shasha,* with whom, on the brief, was *Barry Ward,* for the appellant (plaintiff).

*Kenneth J. McDonnell,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.